1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                       **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   RICKEY FIELDS,                )    No. CV 09-5824-CW
                                    )
13              Plaintiff,          )    JUDGMENT
                                    )
14         v.                       )
                                    )
15   CITY OF LOS ANGELES, et al.,   )
                                    )
16              Defendants.         )
                                    )
17   ─────────────────────────────
18       Summary judgment is hereby granted in favor of Defendants.
19
20   DATED:  March 30, 2012
21
22                              _Carla M. Woehrle_
                                _____
23                                  CARLA M. WOEHRLE
                                United States Magistrate Judge
24
25
26
27
28
                                    1